United States Federal Court Dist. of N.M.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
2021 SEP -2 PM 1:50
CLERK-ALBUQUERQUE

Donald Sharp,
    Plaintiff

v.

**21cv864 WJ-KRS**

State of New Mexico, and
New Mexico Governor's Office, and
Michelle Lujan Grisham,
    Defendants

## Civil Complaint

Defendant is committing Major Fraud Against the United States, 18 USC 1031. Defendant is illegally in office and has mandated the people wear mask when they are not sick to participate in a satanic ritual that she, the governor, is the principal of.

Plaintiff has evidence that COVID19, certificate of Vaccination I.D. 2019, does not exist and is really influenza A. The Defendant is using a fake disease to scare the people into willingly accepting the certificate of vaccination I.D. 2019, the genocide vaccine, that was engineered for the purpose of reducing the population. The COVID vaccine is not a

vaccine at all. Plaintiff has a letter from the doctor at Pfizer Company who invented the Pfizer vaccine where the doctor states that the Pfizer covid19 vaccine is not a vaccine at all. It is a mRNA/DNA modifier that was engineered (bioweaponized) to kill all who take it within 3-4 years, and there is no cure.

Defendant is a principal of the genocide operation, and it must be held accoutable to the people. Defendant must be immediately removed from office, stripped of her citizenship, and given the maximum penalty for genocide, and immediately punished.

Plaintiff seeks the above, and the immediate seizure and forfieture of Defendant's assets to Plaintiff as punitive damages for Defendant's crimes against humanity.

Plaintiff seeks $20 million from the State of N.M. for allowing this genocide and fraud to take place.

Plaintiff prays to GOD for immediate relief for the people of New Mexico.

Donald Sharp
P.O. Box 3540
Milan, NM 87021

Legal Mail

CoreCivic
Inmate Mail
Not responsible
for content

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 02 2021

MITCHELL R. ELFERS
CLERK

United States Federal Court District of N.M.
Clerk Suite 270
333 Lomas Blvd.
Albuquerque, NM 87102

87102-227470

Legal Mail

CONFIDENTIAL

